

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00332-CV

———————————————

IN RE FABIAN THOMAS, Relator

———————————————

Original Proceeding
County Criminal Court No. 2 of Denton County, Texas
Trial Court No. CR-2025-03377-8

———————————————

Before Bassel, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 11, 2025